RECEIVED
MAY 16 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, RICKY BONIN | CIVIL ACTION NO. 05-1005 |
| VERSUS | JUDGE DOHERTY |
| COMMUNITY CARE CENTER OF ST. MARTINVILLE, LLC, ET AL. | MAGISTRATE JUDGE METHVIN |

### ORDER

This matter was referred to Magistrate Judge Mildred E. Methvin for a Report and Recommendation. After an independent review of the record, the applicable law, and the objections filed by defendants, this Court concludes the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendants' motion to dismiss is GRANTED IN PART solely with respect to plaintiff's FCA claims brought under the theory of "false certification," and that the motion in all other respects is DENIED, leaving intact plaintiff' FCA claims and his state law *qui tam* claims.

SIGNED at Lafayette, Louisiana on this 16 day of May, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE